UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASEY KATLONG,<br><br>     Petitioner,<br><br>  v.<br><br>WILLIAM BARR, et al.,<br><br>     Respondents. | Case No. C20-0846-RSL-MAT<br><br>ORDER GRANTING HABEAS PETITION IN PART |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

  (1)  The Court ADOPTS the Report and Recommendation;

  (2)  The Government's motion to dismiss (Dkt. 8) is GRANTED in part and DENIED in part;

  (3)  Petitioner's habeas petition is GRANTED in part and DENIED in part;

  (4)  Petitioner's request for release is DENIED;

  (5)  Petitioner's request for a bond hearing is GRANTED. Within 30 days of the date of this order, the Government shall provide Petitioner with a bond hearing before an immigration

ORDER GRANTING HABEAS PETITION
IN PART - 1

judge that comports with the procedural requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011); and

    (6)    The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 1st day of December, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER GRANTING HABEAS PETITION
IN PART - 2